**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6601**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SYLVIA ANITA RYAN-WEBSTER,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   T. S. Ellis, III, Senior District Judge.  (1:02-cr-00060-TSE)

Submitted:  June 15, 2007                 Decided:  July 10, 2007

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sylvia Anita Ryan-Webster, Appellant Pro Se.   Kevin Victor DiGregory, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sylvia Anita Ryan-Webster appeals the district court's order denying her "Motion to Waive or Dismiss Petitioner's Restitution." <u>United States v. Ryan-Webster</u>, No. 1:02-cr-00060-TSE (E.D. Va. Feb. 20, 2007). We have reviewed the record and find no reversible error. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>